**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                          CASE NO.  3:04-cr-296-J-32TEM

RICKY MOSLEY
PHYLLIS S. MOSLEY

_____

**ORDER**

This case is before the Court on defendant Phyllis S. Mosley's Motion to Suppress Evidence Seized as a Result of an Unlawful Search and Seizure (Doc. #21), and defendant Ricky Mosley's Motion to Suppress Evidence Seized as a Result of an Unlawful Search and Seizure (Doc. #20).  United States Magistrate Judge Thomas E. Morris conducted extensive proceedings on these motions[1], including two evidentiary hearings, leading to a Report and Recommendation (Doc. #45) recommending that the Motions to Suppress be denied.  After considering defendants' objections to the Report and Recommendation (Doc. #46) the undersigned ordered supplemental briefing (Doc. #59).  Following that briefing, the undersigned recommitted these motions to the Magistrate Judge for the filing of a Supplemental Report and Recommendation (Doc. #68).  The Magistrate Judge conducted another evidentiary hearing and entered a Supplemental Report and Recommendation (Doc.

---

[1] See transcripts of suppression hearings held November 19, 2004 (Doc. #35); December 10, 2004 (Doc. #41) and March 15, 2005 (Doc. #74).

#83) in which the Magistrate Judge reaffirmed his recommendation that the Motions to Suppress be denied. No party has filed objections to the Supplemental Report and Recommendation.

Upon de novo review of the entire record, it is hereby

**ORDERED:**

1. Defendant Ricky Mosley's Motion to Adopt Co-Defendant, Phyllis Mosley's Argument (Doc. #78) is **GRANTED**.

2. The Report and Recommendation (Doc. #45) and the Supplemental Report and Recommendation (Doc. #83) of the Magistrate Judge are hereby **ADOPTED** as the opinion of the Court. The objections to the original Report and Recommendation (Doc. #46) are **OVERRULED.**

3. The Motions to Suppress Evidence Seized as a Result of an Unlawful Search and Seizure (Docs. #20, 21) filed by defendants Ricky Mosley and Phyllis S. Mosley are **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this ___11th___ day of May, 2005.

_____
TIMOTHY J. CORRIGAN
United States District Judge

d.
Copies to:

Hon. Thomas E. Morris
United States Magistrate Judge

Asst. U.S. Attorneys (Moody)

2

Lester Makofka, Esquire
William M. Kent, Esquire